IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENE ARTAL GONZALEZ,<br>Petitioner,<br><br>vs.<br><br>MCCOOK DETENTION CENTER WARDEN, FIELD OFFICE DIRECTOR FOR IMMIGRATION AND CUSTOMS ENFORCEMENT, Enforcement and Removal Operations; and U.S. DEPARTMENT OF HOMELAND SECURITY,<br>Respondents. | **8:26CV545**<br><br>**ORDER** |

This case is related to *Gonzalez v. Warden et al,* Case No. 8:26-cv-71-SMB-MDN, and other cases against the Warden of the McCook Detention Center assigned to United States District Judge Susan M. Bazis and to United States Magistrate Judge Michael D. Nelson for judicial supervision. *See* NEGenR 1.4(a)(4)(C)(iii). Accordingly,

IT IS ORDERED that pursuant to NEGenR 1.4(a)(3)(B), the above-captioned case is reassigned to United States District Judge Susan M. Bazis for disposition and United States Magistrate Judge Michael D. Nelson for judicial supervision.

Dated this 24th day of September, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge